SMITH v. IDAHO QUARTZ MIN. CO. and Others (SIL-
VESTER, Intervener).

No. 11,425; August 12, 1886.

11 Pac. 878.

**Trespass.—Findings Held Justified by the evidence.**

APPEAL from the Superior Court, County of Nevada.

Action to recover the possession or value of certain timber
and wood which plaintiff alleged defendant had cut and carried
away from land of which plaintiff claimed to be the owner.
Defendant failed to answer, and was defaulted. One Sil-
vester intervened, claiming the wood against both plaintiff
and defendant, and denying that plaintiff was the owner of
the premises, or that he had any interest therein other than
as a mortgagor for the sum of two hundred dollars, and also
that the wood cut and carried away had been so cut and
taken by persons who were in possession of the premises
under a claim of title adverse to the plaintiff. Evidence was
introduced on these matters, and the court held in accordance
with the allegations made in intervener's pleading, and ren-
dered judgment against plaintiff. Plaintiff appealed on the
ground of insufficiency of the evidence to justify the findings
and decision, and because of error at the trial in not compel-
ling the intervener to open the case; but, instead, holding
that the burden of proof was on plaintiff.

J. I. Caldwell for appellant; E. W. Roberts and A. Burrows
for intervener.

By the COURT.—The court was justified by the evidence
in finding that the plaintiff was not the owner of the prem-
ises upon which the wood and timber had been cut, and had
no interest in the premises other than as security, and that
he was not the owner of the wood and timber, and that the
wood was cut by parties in the possession of the premises
under a claim of title adverse to plaintiff. Under such cir-
cumstances, the alleged errors as to other matters are imma-
terial. Judgment affirmed.